THE LAW OFFICE OF ABTIN AMIR, PC
Abtin Amir, CA Bar No. 305091
A.Amir@AbtinAmirLaw.com
Ivana Bolcheva Saddigh, CA Bar No. 331685
I.Saddigh@AbtinAmirLaw.com
4500 Park Granada, Suite 202
Calabasas, CA 91302
Tel No: (818) 336-1324

JS-6

Attorneys for Defendant,
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMA AND HICHAM SAAB,<br><br>Plaintiffs,<br>v.<br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 2:22-cv-04755 JFW (JCx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION**<br><br>Judge: Hon. John F. Walter<br><br>Date Action Filed: July 12, 2022 |

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1. The Court dismisses this entire action with prejudice.

2. The Court retains jurisdiction over the Parties to enforce the terms of their settlement agreement entitled "Confidential Settlement Agreement and General Release."

Date: May 15, 2023

_____
Hon. John F. Walter

THE LAW OFFICE OF ABTIN AMIR, PC

STIPULATION REQUESTING THE COURT DISMISS THIS ENTIRE ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION PURSUANT TO CODE OF CIVIL PROCEDURE § 664.6; [PROPOSED] ORDER